UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS JOSEPH DeLEON, SR.,

       Plaintiff,

                                        File no: 1:22-cv-903

v.

                                        HON. ROBERT J. JONKER

TEAMSTERS LOCAL 406, et al.,

       Defendants.

_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on October 16, 2023 (ECF No. 83).  The Report and Recommendation was duly served on the parties.  No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 83) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motions to dismiss (ECF Nos. 47, 49, 71, 72) are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Ken are dismissed without prejudice for failure to timely effect service.

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are dismissed without prejudice.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

The Court discerns no good-faith basis for appeal of this matter.  *See McGore v.*

*Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Dated: November 9, 2023         /s/ Robert J. Jonker
                                                 ROBERT J. JONKER
                                                 UNITED STATES DISTRICT JUDGE